UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CA, INC., D/B/A CA TECHNOLOGIES,<br><br>       Plaintiff,<br><br>  v.<br><br>NEW RELIC, INC.,<br><br>       Defendant. | Case No. 12-cv-05468-JS-WDW<br><br>**NOTICE OF APPEARANCE** |

TO: The Clerk of the Court and all parties of record

I am admitted *pro hac vice* in the above-captioned matter and I appear in this case as counsel for Defendant New Relic, Inc.

Dated: Garden City, New York
       February 13, 2013

Respectfully submitted,

KEKER & VAN NEST LLP

By:  /s/ Corey Johanningmeier
     ROBERT A. VAN NEST
     CHRISTA M. ANDERSON
     COREY A. JOHANNINGMEIER
     633 Battery Street
     San Francisco, CA 94111
     Telephone:   415.391.5400
     Facsimile:    415.397.7188
     cjohanningmeier@kvn.com

          and

CULLEN AND DYKMAN LLP
C. Nathan Dee, Esq. (CD 9703)
Elizabeth M. Aboulafia, Esq. (EC 2090)
100 Quentin Roosevelt Blvd.
Garden City, New York 11530
Telephone: (516) 357-3700
Facsimile: (516) 357-3792

*Attorneys for Defendant NEW RELIC, INC.*

1