| | |
|---|---|
| **Texas** | David J. Ball |
| **New York** | Associate |
| **Washington, DC** | |
| **Connecticut** | 212.508.6133 Office |
| **Seattle** | 212.938.3834 Fax |
| **Dubai** | |
| **London** | David.Ball@bgllp.com |

Bracewell & Giuliani LLP
1251 Avenue of the Americas
49th Floor
New York, New York
10020-1104

May 31, 2013

By ECF

The Honorable William D. Wall
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

       Re:    *CA, Inc., d/b/a CA Technologies v. New Relic, Inc.*,
               Case No. 12-cv-05468-JS-WDW

Dear Magistrate Judge Wall:

We represent Plaintiff CA, Inc., d/b/a CA Technologies ("CA") in the above-referenced patent infringement action. We submit this letter with the consent of Defendant New Relic, Inc. to inform the Court that no changes to the scheduling order are necessary at this time as a result of the Court's May 17th Order [ECF No. 33].

Thank you for your attention to this matter.

Sincerely,

Bracewell & Giuliani LLP

         */s/ David J. Ball*

David J. Ball

cc:    All counsel of record (by ECF)