UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CA, INC., D/B/A CA TECHNOLOGIES,<br><br>       Plaintiff,<br><br>v.<br><br>NEW RELIC, INC.,<br><br>       Defendant. | Case No. 12-cv-05468-JS-WDW |

**JOINT STIPULATION REGARDING NON-ASSERTION AGAINST PHP, RUBY, AND PYTHON AGENT INSTRUMENTALITIES**

  Whereas, this Joint Stipulation Regarding Non-Assertion against PHP, Ruby, and Python Agent Instrumentalities ("Stipulation") between Plaintiff CA, Inc., d/b/a CA Technologies ("CA"), and Defendant New Relic, Inc. ("New Relic") is entered in order to reduce both the number of instrumentalities accused of infringement and the number of claim terms requiring construction by the Court.

  Now, therefore, CA and New Relic, through their undersigned counsel, hereby agree and stipulate to the following:

  In its Disclosure of Asserted Claims and Infringement Contentions, dated March 19, 2013, CA asserted infringement against an Accused Instrumentality defined to include "the New Relic agents for Python, Ruby, . . . and PHP application environments."

  CA has taken discovery concerning those agents and now agrees and stipulates that it will not pursue its infringement claim against the New Relic PHP, Ruby, or Python agent instrumentalities.

  In light of CA's agreement and stipulation concerning the New Relic PHP, Ruby, and Python agent instrumentalities, CA and New Relic agree and stipulate that the claim terms

1

"object code," "byte code," "exception table," and "exceptions data store" do not require construction by the Court, as construction of those terms was necessary only in the event that these agent instrumentalities were accused of infringement.

      SO STIPULATED.

Dated: November 22, 2013                                                  Respectfully submitted,

| | |
|---|---|
| KEKER & VAN NEST LLP | BRACEWELL & GIULIANI LLP |
| | |
| */s/ Corey Johanningmeier* | */s/ Douglas Stewart* |
| ROBERT A. VAN NEST (pro hac vice) | Douglas Stewart |
| CHRISTA M. ANDERSON (pro hac vice) | 701 Fifth Avenue, Ste. 6200 |
| COREY JOHANNINGMEIER (pro hac vice) | Seattle, Washington 98104 |
| ELIZABETH MCCLOSKEY (pro hac vice) | Telephone: (206) 204-6271 |
| 633 Battery Street | Facsimile: (206) 275-3794 |
| San Francisco, CA 94111-1809 | Email: doug.stewart@bgllp.com |
| 415 391 5400 (Telephone) | |
| 415 397 7188 (Facsimile) | David J. Ball |
| rvannest@kvn.com | 1251 Avenue of the Americas |
| canderson@kvn.com | New York, New York 10020 |
| cjohanningmeier@kvn.com | Telephone: (212) 508-6100 |
| emccloskey@kvn.com | Facsimile: (212) 508-6101 |
| | Email: david.ball@bgllp.com |
| And | |
| | Alan D Albright |
| CULLEN AND DYKMAN LLP | Barry K. Shelton |
| C. Nathan Dee, Esq. (CD 9703) | Matthew K. Gates |
| Elizabeth M. Aboulafia, Esq. (EC 2090) | 111 Congress Avenue, Suite 2300 |
| 100 Quentin Roosevelt Blvd. | Austin, Texas 78701-4061 |
| Garden City, New York 11530 | Telephone: (512) 472-7800 |
| Telephone:    516.357.3700 | Facsimile: (512) 472-9123 |
| Facsimile:    516.357.3792 | Email: alan.albright@bgllp.com |
| | Email: barry.shelton@bgllp.com |
| *Attorneys for Defendant* | Email: matt.gates@bgllp.com |
| *New Relic, Inc.* | |
| | *Attorneys for Plaintiff* |
| | *CA, Inc., d/b/a CA Technologies* |