UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CA, INC., D/B/A CA TECHNOLOGIES,

                Plaintiff,

v.

NEW RELIC, INC.,

                Defendant.

Case No. 12-cv-05468-JS-WDW

**PLAINTIFF CA, INC.'S AND DEFENDANT NEW RELIC INC.'S FURTHER AMENDED JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

      Pursuant to the Court's Pretrial Order adopting the parties' discovery Scheduling Order in their Rule 26(f) Planning Meeting dated February 12, 2013, Plaintiff CA, Inc. ("CA") and Defendant New Relic, Inc. ("New Relic") hereby submit the parties' Further Amended Joint Claim Construction and Pre-hearing Statement.  Attached as Exhibit A is a list of agreed constructions for claim terms, phrases or clauses for U.S. Patent Nos. 7,225,361, 7,512,935, and 7,797,580.  Attached as Exhibit B is a list of disputed constructions for claim terms, phrases or clauses for U.S. Patent Nos. 7,225,361, 7,512,935, and 7,797,580.

      Exhibit A reflects the addition of the "exit code" term.  During the November 25, 2013 claim construction hearing before the Court, the parties agreed that "exit code" should be construed as: "a section of object code for execution for multiple normal exits as well as for multiple exceptions."

      Terms not specifically identified in Exhibits A and B should be given their plain and ordinary meanings.

795828.01

Dated:   January 2, 2014                                           Respectfully submitted,

| | |
|---|---|
| KEKER & VAN NEST LLP | BRACEWELL & GIULIANI LLP |
| /s/ Corey Johanningmeier | /s/ Douglas Stewart |
| ROBERT A. VAN NEST (pro hac vice) | Douglas Stewart |
| CHRISTA M. ANDERSON (pro hac vice) | 701 Fifth Avenue, Ste. 6200 |
| COREY JOHANNINGMEIER (pro hac vice) | Seattle, Washington 98104 |
| ELIZABETH MCCLOSKEY (pro hac vice) | Telephone: (206) 204-6271 |
| 633 Battery Street | Facsimile: (206) 275-3794 |
| San Francisco, CA 94111-1809 | Email: doug.stewart@bgllp.com |
| 415 391 5400 (Telephone) | |
| 415 397 7188 (Facsimile) | David J. Ball |
| rvannest@kvn.com | 1251 Avenue of the Americas |
| canderson@kvn.com | New York, New York 10020 |
| cjohanningmeier@kvn.com | Telephone: (212) 508-6100 |
| emccloskey@kvn.com | Facsimile: (212) 508-6101 |
| | Email: david.ball@bgllp.com |
| -and- | |
| | Alan D Albright |
| CULLEN AND DYKMAN LLP | Barry K. Shelton |
| C. Nathan Dee, Esq. (CD 9703) | Matthew K. Gates |
| Elizabeth M. Aboulafia, Esq. (EC 2090) | 111 Congress Avenue, Suite 2300 |
| Elizabeth Usinger, Esq. (EI 2896) | Austin, Texas 78701-4061 |
| 100 Quentin Roosevelt Blvd. | Telephone: (512) 472-7800 |
| Garden City, New York 11530 | Facsimile: (512) 472-9123 |
| Telephone:  (516) 357-3700 | Email: alan.albright@bgllp.com |
| cdee@cullenanddykman.com | Email: barry.shelton@bgllp.com |
| eaboulafia@cullenanddykman.com | Email: matt.gates@bgllp.com |
| eusinger@cullenanddykman.com | |
| | *Attorneys for Plaintiff* |
| *Attorneys for Defendant* | *CA, Inc., d/b/a CA Technologies* |
| *New Relic, Inc.* | |

# EXHIBIT A

795828.01

| U.S. Patent No. 7,225,361 | |
|---|---|
| **Term or Phrase** | **Parties' Agreed Construction** |
| timing mechanism | code timing execution of a routine [method] |
| **U.S. Patent No. 7,512,935** | |
| **Term or Phrase** | **Parties' Agreed Construction** |
| exit code | a section of object code for execution for multiple normal exits as well as for multiple exceptions |
| profiling process | added functionality that measures execution performance of existing code |
| adding new exit functionality | adding new exit code |
| new finalization code | object code that is called if either no exceptions occur or an unhandled exception occurs |
| exception(s) | error(s) during execution of code that cause an exception handler to be called |
| try and finally functionality | the execution of a block of code ("finally") regardless how an associated block of code ("try") exits |
| **U.S. Patent No. 7,797,580** | |
| **Term or Phrase** | **Parties' Agreed Construction** |
| timing mechanism | code timing execution of a routine |

# EXHIBIT B

795828.01

| U.S. Patent No. 7,225,361 | | |
|---|---|---|
| **Disputed Claim Term or Phrase** | **CA's Proposed Construction** | **New Relic's Proposed Construction** |
| stalled routine | a routine that does not complete within a desired timeframe | a routine that continues to run past a pre-determined threshold time |
| **U.S. Patent No. 7,512,935** | | |
| **Disputed Claim Term or Phrase** | **CA's Proposed Construction** | **New Relic's Proposed Construction** |
| executed upon any exit | plain and ordinary meaning | executed upon all exits |
| **U.S. Patent No. 7,797,580** | | |
| **Disputed Claim Term or Phrase** | **CA's Proposed Construction** | **New Relic's Proposed Construction** |
| approximation of an expected time frame | plain and ordinary meaning | pre-determined threshold time |
| reporting | plain and ordinary meaning as understood by one of ordinary skill in the art | communicating to a user |

795828.01