**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CA, INC., D/B/A CA TECHNOLOGIES,

                      Plaintiff,

      - against -                                                                                  **ORDER**
                                                                         CV 12-5468 (AKT)

NEW RELIC, INC.,

                      Defendant.
-----------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

       The Court is directing counsel to meet and confer and to the extent they intend to proceed with motion practice, to submit a proposed schedule for (1) Daubert motions and (2) any motions in limine. The Court requests that this information be submitted by October 25, 2016.

                                                              **SO ORDERED.**

Dated: Central Islip, New York
          October 17, 2016

                                                             <u>/s/ A. Kathleen Tomlinson</u>
                                                              A. KATHLEEN TOMLINSON